\*\*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Leader Technologies, Inc., et al.

     vs                     Case No. C2-07-473

Benjamin Zacks, et al.         **Judge Frost**
                                      **Magistrate Judge Kemp**

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

    IT IS ORDERED AND ADJUDGED that the Court GRANTS Defendants' Motions to Dismiss and DENIES Plaintiffs' Motion for Leave to Amend the Amended Complaint. This case is DISMISSED without prejudice.

Date:  **February 13, 2008**         **James Bonini, Clerk**

                                            _s/ Scott Miller_
                                        By Scott Miller /Deputy Clerk